```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16113
   OSCAR C DELA ROSA JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4550


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was not confirmed.

     The case was dismissed without confirmation 01/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------

BANK OF AMERICA NA         CURRENT MORTG         .00          .00          .00
BANK OF AMERICA NA         MORTGAGE ARRE    18688.12          .00          .00
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     9910.12          .00      1010.16
CAPITAL ONE AUTO FINANCE   UNSEC W/INTER      324.78          .00          .00
ALL STATE INSURANCE        UNSEC W/INTER  NOT FILED           .00          .00
CREDIT COLLECTION SERVIC   NOTICE ONLY    NOT FILED           .00          .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED           .00          .00
SOUTHWEST CREDIT           NOTICE ONLY    NOT FILED           .00          .00
WEST ASSET MANAGEMENT      NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE                UNSEC W/INTER  NOT FILED           .00          .00
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED           .00          .00
NORTHLAND GROUP            NOTICE ONLY    NOT FILED           .00          .00
CHASE BANK USA             UNSEC W/INTER  NOT FILED           .00          .00
CAPITOL MANAGEMENT SERVI   NOTICE ONLY    NOT FILED           .00          .00
FINANCIAL CREDIT NETWORK   UNSEC W/INTER  NOT FILED           .00          .00
PREMIER BANKCARD           UNSEC W/INTER      580.67          .00          .00
GOOD GUYS                  UNSEC W/INTER  NOT FILED           .00          .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED           .00          .00
HOUSEHOLD BANK             NOTICE ONLY    NOT FILED           .00          .00
WORLDWIDE ASSET RECOVERY   NOTICE ONLY    NOT FILED           .00          .00
HEALTHCARE COLLECTION SE   UNSEC W/INTER  NOT FILED           .00          .00
IC SYSTEM INC              UNSEC W/INTER      220.00          .00          .00
NEXUM II FINANCIAL         UNSEC W/INTER  NOT FILED           .00          .00
PALISADES COLLECTIONS      UNSEC W/INTER  NOT FILED           .00          .00
MILLER LEIBSKER & MOORE    NOTICE ONLY    NOT FILED           .00          .00
WOLPOFF & ABRAMSON LLP     UNSEC W/INTER  NOT FILED           .00          .00
PROVIDIAN BANK             UNSEC W/INTER     2238.61          .00          .00
THOMAS KRULL               UNSEC W/INTER  NOT FILED           .00          .00
WASHINGTON MUTUAL          UNSEC W/INTER  NOT FILED           .00          .00
CAPITAL ONE                UNSEC W/INTER      997.02          .00          .00
ER SOLUTIONS INC           UNSEC W/INTER      392.90          .00          .00
VATIV RECOVERY SOLUTIONS   SECURED NOT I     3346.09          .00          .00
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00          .00
TIMOTHY K LIOU             DEBTOR ATTY          .00                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16113 OSCAR C DELA ROSA JR
```

```
TOM VAUGHN                    TRUSTEE                                   69.08
DEBTOR REFUND                 REFUND                                 2,472.76

       Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
  ------------------------------------------------------------------------
TRUSTEE                    3,552.00

PRIORITY                                                 .00
SECURED                                             1,010.16
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   69.08
DEBTOR REFUND                                       2,472.76
                           ---------------      ---------------
TOTALS                     3,552.00                 3,552.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 04/23/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE